UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIJAH BURTON, DONESHA BURTON, KELSEY FLEMING, QUINCY AUSTIN, and EDGAR TORRES, on behalf of themselves, individually, and on behalf of all others similarly-situated, <br><br> Plaintiffs, <br><br> -against- <br><br> CE SOLUTIONS GROUP, LLC, FLAGGING SPOTTING FLIPPING SERVICES INC., CE FLAGGING PLUS CORP., ARGANI INC., EDWARD SLININ, individually, DORA SLININ, individually, GARY SAMUEL, individually, and HASSAN SIBLINI, individually, <br><br> Defendants. | Docket No.: 1:22-cv-03213-JPO <br><br> **[PROPOSED] JUDGMENT** |

**WHEREAS**, a Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs Elijah Burton, Donesha Burton, Kelsey Fleming, Quincy Austin, Edgar Torres, and Opt-in Plaintiffs Jorge Luis Rodriguez and Luis Jose Rodriguez (collectively, "Plaintiffs"), on December 30, 2022 (Dkt. No. 26), accepting Defendants CE SOLUTIONS, EDWARD SLININ, and DORA SLININ, (collectively, "the CES Defendants") December 16, 2022 offer to allow entry of judgment against them in the amount of $225,000.00, which sum shall include all costs accrued to date in this action and any claim for attorney's fees incurred to date in this action, in full and final resolution, with prejudice, of all issues raised in Plaintiffs' complaint ang asserted against the CES Defendants; and

**WHEREAS**, a second Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs, also on December 30, 2022 (Dkt. No. 27), accepting Defendants FLAGGING

1

SPOTTING FLIPPING SERVICES, INC., CE FLAGGING PLUS CORP., ARGANI INC., GARY SAMUEL, individually, and HASSAN SIBLINI, individually, (collectively, "the Argani Defendants"), December 30, 2022 offer to allow entry of judgment against them in the amount of $25,000.00, which sum shall include all costs accrued to date in this action and any claim for attorney's fees incurred to date in this action, in full and final resolution, with prejudice, of all issues raised in Plaintiffs' complaint and asserted against the Argani Defendants; now, it is therefore

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs against all Defendants in the total amount of $250,000.00, specifically in the amount of $225,000.00 against the CES Defendants in the amount of $25,000.00 against the Argani Defendants, and which sums include all costs accrued to date in this action and any claim for attorney's fees incurred to date in this action, in full and final resolution, with prejudice, of all issues raised in Plaintiffs' complaint and asserted against all Defendants.

The Clerk of the Court is respectfully directed to close the case.

Dated: _____
New York, New York

_____<br>J. PAUL OETKEN<br>United States District Judge